UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANTHONY LATONA, et al.,

        Plaintiffs,                        Case No. 2:15-cv-2703
                                                  CHIEF JUDGE EDMUND A. SARGUS, JR.
    v.                                    Magistrate Judge Elizabeth P. Deavers

HSBC MORTGAGE CORPORATION
(USA),

        Defendant.

## STIPULATED ORDER OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and in accordance with the terms of a confidential settlement and release, Plaintiffs Anthony and Trina Latona and Defendant HSBC Mortgage Corp. (USA) represent to the Court that this matter is settled to their mutual satisfaction. As such, Plaintiffs' Complaint is hereby dismissed *with prejudice*.

This Court retains jurisdiction to enforce the settlement and release. The parties agree that each shall bear its own costs.

**IT IS SO ORDERED.**

_8-31-2016_
DATE

_____
EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE